**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SUSAN DOHERTY, on behalf of herself, and all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>THE HERTZ CORPORATION, AMERICAN TRAFFIC SOLUTIONS, INC., and PLATEPASS, LLC,<br><br>         Defendants. | Civil Action No.<br>1:10-cv-00359 (NLH)(KMW)<br><br>**ORDER** |

**HILLMAN, District Judge**

For the reasons expressed in this Court's Opinion entered on this date,

IT IS on this ___24th___ day of ___November___ 2010, hereby

**ORDERED** that Defendants' Motion to Dismiss is **DENIED.**


                        ___/s/ NOEL L. HILLMAN___

At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.