UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Susan Doherty and Dwight Simonson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>The Hertz Corporation, American Traffic Solutions, Inc. and PlatePass, LLC,<br><br>Defendants. | Case No. 1:10-cv-00359-NLH-KMW |

**NOTICE OF WITHDRAWAL OF ALL OBJECTIONS BY KEVIN B. LOVE TO FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

RECEIVED

OCT 15 2013

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Clerk of Court's Office
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
Room 1050
Camden, NJ 08101

      Re: *Doherty v. Hertz Corporation*, Case No. 1:10-cv-00359-NLH-KMW (D.N.J.)

      Objector, Kevin B. Love, wishes to give the Court Notice of his Withdrawal of all of his Objections to the Settlement in this Action.

      **WHEREFORE**, I respectfully give Notice to the Court of the Withdrawal of the Objections filed by Kevin Love on August 1, 2013 [D.E. 101] and September 23, 2013 [D.E. 112].

Dated: October 11, 2013                                        Respectfully submitted,

                                                                                 Kevin B. Love
                                                                                  Objector

cc:      Dahl Administration
          Steven R. Jaffe
          Michael Coren
          Ross Bricker
          Robert Friedman