UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN DOHERTY and DWIGHT SIMONSON, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br><br>THE HERTZ CORPORATION, AMERICAN TRAFFIC SOLUTIONS, INC., and PLATEPASS LLC<br>Defendants. | **Civil Action No. 1:10-cv-00359-NLH-KMW** |

**DEFENDANTS' STATEMENT REGARDING PLAINTIFFS' REQUEST FOR APPROVAL OF ATTORNEYS' FEE AWARD**

Defendants The Hertz Corporation, American Traffic Solutions, Inc., and PlatePass LLC (collectively "Defendants") submit this statement pursuant to the Court's invitation at the October 15, 2013 final approval hearing. In Defendants' view, the parties' Settlement Agreement is a fair and reasonable compromise of disputed claims. The terms of that Agreement, including the amount of attorneys' fees Defendants agreed to pay, were reached only after extensive, arms'-length negotiations between the parties facilitated by an experienced, well regarded neutral. Defendants believe that the attorneys' fees class counsel are seeking in connection with the parties' Settlement Agreement are permitted under the law, and do not oppose Plaintiffs' Motion For Awards Of Agreed-Upon Attorney's Fees, Expense Reimbursement And Class Representative Service Fee Awards. (Dkt. 106.)

Dated: December 3, 2013

Respectfully submitted,

THE HERTZ CORPORATION,
AMERICAN TRAFFIC SOLUTIONS,
INC., and PLATEPASS LLC

/s/ Michael Vassalotti

Michael Vassalotti
**BROWN & CONNERY, LLP**
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
mvassalotti@brownconnery.com

Ross B. Bricker
John F. Ward Jr.
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, Illinois 60654-3456
312 222-9350
rbricker@jenner.com
jward@jenner.com

*Attorneys for The Hertz Corporation*

/s/ Benjamin C. Caldwell

Scott H. Moskol
Robert D. Friedman
Benjamin C. Caldwell
**BURNS & LEVINSON, LLP**
125 Summer Street
Boston, MA 02110
smoskol@burnslev.com
rfriedman@burnslev.com
bcaldwell@burnslev.com

*Attorneys for American Traffic Solutions, Inc. and PlatePass LLC*

**CERTIFICATION OF SERVICE**

I, Benjamin C. Caldwell, Esquire, of full age, hereby certify that on the 3rd day of December, 2013, a true and correct copy of the foregoing Defendants' Statement Regarding Plaintiffs' Request for Approval of Attorneys' Fee Award was filed with the Court's CM/ECF system and will be served on all counsel of record listed below through the ECF system or by U.S. Mail for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Christopher M. Placitella, Esq.
Michael Coren, Esq.
Cohen, Placitella & Roth
127 Maple Avenue
Redbank, NJ 07701
*Attorneys for Plaintiffs and the Class*

Steven R. Jaffe, Esq.
Mark S. Fistos, Esq.
FARMER, JAFFE, WEISSING
EDWARDS, FISTOS & LEHRMAN, P.I.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
(Admitted *pro hac vice*)
*Attorneys for Plaintiffs and the Class*

Stephan A. Dunn, Esq.
EMANUEL & DUNN, PLLC
P.O. Box 426
Raleigh, North Carolina 27602
(Admitted *pro hac vice*)
*Attorneys for Plaintiffs and the Class*

Judd Clayton
1724A Oleander Drive
Dickinson, TX 77539

Kevin B. Love
8150 SW 143 Street
Miami, FL 33158

Dated: December 3, 2013

Benjamin C. Caldwell
**BURNS & LEVINSON, LLP**
125 Summer Street
Boston, MA 02110
bcaldwell@burnslev.com
*Attorneys for American Traffic Solutions, Inc. and PlatePass LLC*

4813-0446-1847.1